[No. 18795-1-III.  Division Three.  July 19, 2001.]

*In the Matter of the Estate of* LULU B. DANIEL.
MICHAEL D. YAEGER, *Appellant*, v. GEORGE I.
DIANA, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-4-00508-0, Salvatore F. Cozza, J., entered September 10, 1999. *Dismissed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 19003-0-III.  Division Three.  July 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS J. PAINTER,
*Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-01093-1, Gregory D. Sypolt, J., entered December 17, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Brown, JJ.

[No. 19050-1-III.  Division Three.  July 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVIER MORENO-
IBARRA, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 99-1-00339-7, Donald W. Schacht, J., entered December 15, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Sweeney, J.